IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE LEE,

        Plaintiff,

      v.

D. BRIGHT, M.D.,

        Defendant.

_____/

No. C-13-4770 TEH (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 15, 2013, Plaintiff, a California prisoner then incarcerated at Salinas Valley State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983.  Thereafter, by notice filed June 25, 2014, Plaintiff informed the Court that he had been released from prison and is residing in Elk Grove, California.  Therefore, he is no longer a "prisoner" within the meaning of 28 U.S.C. § 1915.  See Page v. Torrey, 201 F.3d 1136, 1139 (9th Cir. 2000) (to fall within the definition of "prisoner," the individual in question must be currently detained as a result of accusation, conviction, or sentence for a criminal offense).

Because Plaintiff is not a "prisoner," the provisions of section 1915 requiring prisoners who seek to proceed in forma pauperis (IFP) to submit a copy of transactions in their inmate account and providing that the full filing fee be paid in installments do not apply to him.  However, even non-prisoners are

United States District Court
For the Northern District of California

1  required by section 1915(a)(1) to provide an affidavit with

2  sufficient information to allow the Court to make an accurate

3  determination whether they are indigent and thus entitled to proceed

4  IFP.

5          Consequently, by order dated November 4, 2013, the Court

6  informed Plaintiff that, because he has been released from custody,

7  he now must apply to proceed IFP under the general provisions of 28

8  U.S.C. § 1915(a)(1) or he must pay the $400.00 filing fee.  The

9  Court ordered Plaintiff to pay the fee or submit a completed

10  non-prisoner IFP application no later than fourteen days from the

11  date of the order.  The Court informed Plaintiff that if he failed

12  to comply with the order, the case would be dismissed without

13  prejudice.  The Clerk of the Court sent Plaintiff a blank

14  non-prisoner IFP application with the order.

15          More than fourteen days have passed since the Court's

16  order issued, and Plaintiff has not complied with the order or

17  otherwise communicated with the Court.

18          Accordingly, this case is hereby DISMISSED without

19  prejudice.  The Clerk shall enter judgment, terminate all pending

20  motions, and close the file.

21

22          IT IS SO ORDERED.

23

24  DATED      _01/06/2015_                    _____

25                                             THELTON E. HENDERSON
                                               United States District Judge

26

27
    G:\PRO-SE\TEH\CR.13\Lee13-4770 Dismiss.wpd

28
                                     2